**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Daniel Kesler, | Case No.: 2:18-cv-02538-DMF |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| BKR Restaurants, LLC, an Arizona limited liability company, | |
| Defendant, | |

Plaintiff hereby gives notice that the parties have reached a settlement. Plaintiff anticipates filing the appropriate documentation with the Court within 30 days.

Dated: May 2, 2019                Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By  /s/Sean C. Davis
       Trey Dayes
       Sean C. Davis

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

Ali J. Farhang
Roscoe J. Mutz
Farhang & Medcoff PLLC
4801 E Broadway Blvd, Suite 311
Tucson, AZ 85711
afarhang@farhangmedcoff.com
rmutz@farhangmedcoff.com

Attorneys for Defendant

By: /s/Sean C. Davis
    Sean C. Davis