# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Kesler,<br><br>        Plaintiff,<br><br>v.<br><br>Burger King Corporation, et al.,<br><br>        Defendants. | No. CV-18-2538-PHX-DMF<br><br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 30).

**IT IS THEREFORE ORDERED:**

1. This matter will, without further Order of this Court, be dismissed Without prejudice within thirty (30) days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **June 3, 2019** without further leave of Court.

Dated this 3rd day of May, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge