**FARHANG & MEDCOFF**
— ATTORNEYS —

4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.214.2000
F: 520.214.2001

Ali J. Farhang (#019456)
afarhang@farhangmedcoff.com
Roscoe J. Mutz (#030696)
rmutz@farhangmedcoff.com

*Attorneys for BKR Restaurants, LLC*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Kesler,<br><br>　　　　　　Plaintiff,<br>v.<br>BKR Restaurants, LLC, an Arizona limited liability company,<br><br>　　　　　　Defendant. | No. CV 18-02538-PHX-DMF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Daniel Kesler and Defendant BKR Restaurants, LLC ("BKR") hereby stipulate and agree that Plaintiff's claims against BKR may be dismissed with prejudice, and with each party bearing their own fees and costs. A proposed form of order is concurrently lodged herewith.

/ /

/ /

/ /

/ /

/ /

00249237.1

STIPULATED AND AGREED:

DATED this 11th day of June 2019.

| THE DAYES LAW FIRM | FARHANG & MEDCOFF |
|---|---|
| By */s/ Sean Davis (with permission)*<br>    Trey Dayes<br>    Sean Davis | By */s/Roscoe J. Mutz*<br>    Ali J. Farhang<br>    Roscoe J. Mutz |
| *Attorneys for Plaintiff Daniel Kesler* | *Attorneys for Defendant BKR Restaurants, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 11th day of June 2019 to:

Trey Dayes, Esq.
Sean Davis, Esq.
Preston Flood, Esq.
Phillips Dayes
3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
*Attorneys for Plaintiff Daniel Kesler*


/s/ Deanna L. Thompson