# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Kesler,<br><br>    Plaintiff,<br><br>v.<br><br>Burger King Corporation, et al.,<br><br>    Defendants. | No. CV-18-2538-PHX-DMF<br><br><br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 32), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation of Dismissal with Prejudice (Doc. 32).

**IT IS FURTHER ORDERED** dismissing all of Plaintiff's claims against BKR Restaurants, LLC with prejudice, and with each party bearing their own fees and costs.

Dated this 12th day of June, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge